# MOTION DOCKET

**93–1500.** Ritchie Photographic v. Limbach. Board of Tax Appeals, No. 90–D–780. On motion to supplement the record. Motion denied.

DOUGLAS, J., would grant in part.

RESNICK and PFEIFER, JJ., would grant the motion.

**93–1812.** State ex rel. Warren Newspapers, Inc. v. Hutson. In Mandamus. On request for oral argument. Request denied.

**93–2303.** State v. Goines. *Franklin County,* No. 93AP–654. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

**93–2318.** State v. Gomez. *Van Wert County,* No. 15–93–5. On motion to supplement the record. Motion denied.

PFEIFER, J., dissents.

**93–2447.** Herb Soc. of Am. v. Tracy. Board of Tax Appeals, No. 91–A–1761. On request for oral argument. Request denied.

**93–2496.** LiTel Telecommunications Corp. v. Tracy. Board of Tax Appeals, No. 91–A–1524. On request for oral argument. Request granted.

RESNICK, J., dissents.

**93–2592.** State v. Berry. *Cuyahoga County,* No. 60531. On request for extension of time. Request granted and thirty days allowed; no further extensions will be permitted.

F.E. SWEENEY, J., would deny the motion.

**94–215.** State v. Rapier. *Miami County,* No. 92–CA–59. On motion for leave to file memorandum in support instanter. Motion denied.

DOUGLAS, WRIGHT and PFEIFER, JJ., dissent.

**94–356.** State v. Klanac. *Cuyahoga County,* No. 63647. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**94–401.** Westside Cellular v. Pub. Util. Comm. Public Utilities Commission, No. 89–563–TP–COI. On motions for leave to intervene of Cincinnati SMSA Ltd. Partnership and GTE Mobilnet, Inc. et al. Motions granted.

**94–638.** Tussing v. Powell. *Lucas County,* No. L–93–349. On motion to advance on docket and to obtain damages for delay. Motion denied.

DOUGLAS, J., would grant the motion to advance, deny the request for damages, and deny the motion to certify.

**94–752.** State v. Gill. *Hamilton County,* No. C–930258. On motion to dismiss. Motion denied.

F.E. SWEENEY, J., dissents.

On motion for extension of time. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

**94–776.** State v. Benson. *Cuyahoga County,* No. 61545. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

**94–780.** State v. Gregg. *Montgomery County,* No. 13996. On motion for leave to file delayed appeal. Motion granted.

A.W. SWEENEY, WRIGHT and F.E. SWEENEY, JJ., dissent.

**94–833.** State ex rel. James v. Ohio State Univ. In Mandamus. On motion for alternative writ. Motion granted.